UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

EMILIO PINERO,
    Plaintiff,
vs.

SIMON FAMILY REAL ESTATE, LLC, *et al.*   Case No.: 1:20-cv-25110-CMA
    Defendant.

## NOTICE OF SETTLEMENT

    The Plaintiff, through undersigned, hereby notifies the Court that the Parties have reached a settlement agreement of all claims and issues that were or could have been raised by the Plaintiff in this lawsuit. The parties are preparing closing documents and will be moving for dismissal with prejudice.

Dated this February 16, 2021.

By:  s/ Lauren N. Wassenberg
      Lauren N. Wassenberg, Esq.
        (Fla. Bar No. 34083)
      LAUREN N. WASSENBERG, ESQ.
        *Attorney for Plaintiff*
      Lauren N. Wassenberg & Associates, P.A.
      1825 NW Corporate Blvd., Ste. 110
      Boca Raton, FL 33431
      Ph: 561.571.0646 | Fx: 561.571.0647
      WassenbergL@gmail.com

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on February 16, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and served all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By:  s/ Lauren N. Wassenberg
      Lauren N. Wassenberg, Esq.
        (Fla. Bar No. 34083)